## BLAKE v. PEOPLES STATE BANK ET AL.

[No. 13,884. Filed July 30, 1930.]

*Hanley & Hanley*, for appellant.
*Clarence R. Cowger* and *Grover V. Love*, for appellee.

PER CURIAM.—Judgment affirmed.

## TALGE v. KEY.

[No. 13,985. Filed June 25, 1930. Rehearing denied July 30, 1930.]

*Christian & Waltz* and *Kemp & Russell*, for appellant.
*Roberts & Roberts* and *Gifford & Gifford*, for appellee.

PER CURIAM.—Judgment affirmed.

## BOLLENBACHER ET AL. v. MAY ET AL.

[No. 13,955. Filed September 3, 1930.]

*Merle N. A. Walker*, for appellants.
*Theodore J. Louden* and *Edwin Corr*, for appellees.

PER CURIAM.—Affirmed.